## UNITED STATES of America, Plaintiff–Appellee,

v.

## Wilbert Lee GOODEN, Jr., Defendant–Appellant.

### No. 01–7375.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

Wilbert Lee Gooden, Jr., pro se. Darryl James Mitchell, Special Assistant United States Attorney, Norfolk, VA, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Wilbert Lee Gooden, Jr., seeks to appeal the district court's order denying his mo-

tion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Gooden,* Nos. CR–98–53; CA–01–53 (E.D.Va. Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*